No. 87–51. HANSEN v. CITY OF SAN BUENAVENTURA, CALIFORNIA. Appeal from Sup. Ct. Cal. dismissed for want of sub-

stantial federal question.